UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUKIAKI CASTILLO,

        Plaintiff,

vs.                                      Case No.: 8:09-cv-02099-JDW-TBM

Y.Y. CALL CENTER SERVICE, LLC,
DEPENDABLE LOCKS, INC., and
DAVID PEER, individually,

        Defendants.
_____/

## ORDER

BEFORE THE COURT is Plaintiff's Motion for Award of Attorney's Fees and Costs after Entry of Final Judgment (Dkt. 55). Defendants have not responded in opposition as required by Local Rule 3.01(b). Upon consideration, the motion (Dkt. 55) is GRANTED.

Plaintiff is awarded $12,405.00 in attorney's fees and $1,622.90 in costs, for which Defendants shall be jointly and severally liable.

DONE AND ORDERED this 16th day of August, 2011.

                                                      JAMES D. WHITTEMORE
                                                      United States District Judge

Copies to:
Counsel of record
Unrepresented parties